■ ALWIN DWORMAN, Respondent, v CARARD MANAGEMENT CORP. et al., Appellants, et al., Defendant. [52 NYS3d 225]—

Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered January 30, 2017, which denied defendants Carard Management Corp. and Dean Palin's motion to stay the action pending arbitration, unanimously affirmed, without costs.

The arbitration demands, which identify the issues to be arbitrated, and the claims asserted in the complaint are not "inextricably intertw[ined]" so as to warrant staying the judicial proceeding lest the resolution of the arbitrable issues narrow or resolve the non-arbitrable issues (*see County Glass & Metal Installers, Inc. v Pavarini McGovern, LLC*, 65 AD3d 940, 940 [1st Dept 2009] [internal quotation marks omitted]). Moreover, no defendant in this action is a party to the arbitration. Concur—Friedman, J.P., Richter, Moskowitz, Gische and Kapnick, JJ.